# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Preston, Mark A. | Docket No. | 0980 2:22CR00133-TOR-16 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark A Preston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. Mark A. Preston. He acknowledged an understanding of his conditions, which included standard condition number 8.

**Violation #1**: Mr. Preston is alleged to have violated standard condition number 8 by ingesting methamphetamine, previously occurring on or about December 7, 2022, based on urinalysis testing.

On December 7, 2022, Mr. Preston reported to Pioneer Human Services in Spokane, Washington, for random urinalysis testing. Mr. Preston subsequently provided a urinalysis sample for testing that proved presumptive positive for both methamphetamine and amphetamine. On December 8, 2022, a drug use denial form was received memorializing the client's denial of any such use as indicated during testing. This urinalysis sample provided by Mr. Preston would later be discussed with the client on a multitude of occasions to include most recently on December 27, 2022. Mr. Preston remains steadfast in his denial of use in proximity to the December 7, 2022, urinalysis test.

On December 27, 2022, the lab report specific to the aforementioned sample was received by the undersigned officer in which the sample was confirmed to be positive for both amphetamine and methamphetamine consistent with initial testing results.

**Violation #2**: Mr. Preston is alleged to have violated standard condition number 8 by ingesting methamphetamine as previously occurring on or about December 15, 2022, based on both urinalysis testing and his admission of such use. On December 15, 2022, Mr. Preston reported to Pioneer Human Services and submitted to random urinalysis testing as required. Mr. Preston provided a urinalysis sample for testing that reflected as being presumptive positive for amphetamine and methamphetamine. On December 16, 2022, the undersigned officer received a drug use denial form in which the client signed his name, denying any use of the substances as indicated during testing.

On December 20, 2022, telephonic contact was made with the client at which time he admitted to having relapsed on methamphetamine as previously occurring on or about December 14, 2022. Mr. Preston indicated that the sample would likely return as confirmed positive from the lab, and cited his associating with negative influences as the triggering event for his behavior.

Re: Preston, Mark A.
December 28, 2022
Page 2

On December 27, 2022, the lab report specific to the aforementioned sample was received by the undersigned officer in which the sample was confirmed to be positive for both amphetamine and methamphetamine consistent with initial testing results and the client's admission of such use.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 28, 2022

by s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
1/6/23
Date