UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Preston, Mark A. | Docket No. | 0980 2:22CR00133-TOR-16 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Mark A Preston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. Mark A. Preston. He acknowledged an understanding of his conditions, which included standard condition number 8.

**Violation #3**: Mr. Preston is alleged to have violated standard condition number 8 by ingesting methamphetamine, previously occurring on or about December 22, 2022, based on urinalysis testing.

On December 22, 2022, Mr. Preston reported to the U.S. Probation Office in Spokane, as directed, to submit to urinalysis testing among other committed obligations. Mr. Preston subsequently provided a urinalysis sample for testing that proved presumptive positive for both methamphetamine and amphetamine. Mr. Preston denied any use of any illicit substance as having occurred since December 14, 2022, consistent with the client's previous report of use as outlined in the petition for summons dated December 28, 2022. Mr. Preston signed a drug use denial form serving to document his denial. The sample was packaged and forwarded to the lab for verification.

On January 3, 2023, the lab report specific to Mr. Preston's urinalysis sample submitted on December 22, 2022, was received by the U.S. Probation Office, in which the report confirmed the sample as being positive for both methamphetamine and amphetamine as initially indicated. On January 4, 2023, Mr. Preston was contacted telephonically at which point he remained resolute in his denial of ingesting illicit substances since on or about December 14, 2022, as previously stated.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

PS-8
Re: Preston, Mark A.
January 9, 2023
Page 2

                                      I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 9, 2023

by    s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/10/23

Date