FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. PRESTON,<br><br>Defendant. | No. 2:22-CR-00133-TOR-16<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING<br><br>**MOTIONS GRANTED**<br>**(ECF Nos. 475, 476, 480)** |

On February 16, 2023, the Court held a Detention Review Hearing for GEORGE EDWARD DYKSTRA, Jr. Defendant appeared while out of custody with court-appointed counsel Curran Dempsey. Assistant U.S. Attorney Earl Hicks represented the United States. U.S. Probation Officer Chris Heinen was also present.

The Court has reviewed the Supplemental Pretrial Services Report, ECF No. 478; Defendant's Motion to Modify Conditions of Release, **ECF No. 475**; and Defendant's Motion to Expedite **ECF No. 476**.

The United States noted it's agreement with Defendant remaining released but requested an additional condition of pretrial release requiring a mental health assessment. The United States also moved to strike the pending pretrial Violation Nos. 1-3 due to Defendant's successful completion of inpatient treatment, **ECF No. 480**.

U.S. Probation Officer, Chris Heinen, addressed the Court and agreed with Defendant remaining released. Defendant also addressed the Court.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 475**, is **GRANTED**.

2. Defendant's Motion to Expedite, **ECF No. 476**, is **GRANTED**.

3. The United States' Motion to Dismiss Pending Violation Nos. 1-3, **ECF No. 480**, is **GRANTED**.

4. Defendant is released on the previously ordered conditions of pretrial supervision and the additional conditions that he appear for all hearings and that he remains in contact with his counsel and that he abide by the following additional conditions:

   a) The Court strikes Conditions Nos. 12 and 17 in the Order Following Revocation of Pretrial Release Hearing, ECF No. 469, and imposes the following conditions:

   **(1)** Defendant shall participate in an outpatient substance abuse treatment program as recommended by his treatment provider and/or U.S. Probation.

   **(2)** Defendant shall reside with his father and may not change residence without prior approval from Pretrial Services.

   **(3)** Defendant shall successfully complete and participate in a mental health assessment and follow all treatment recommendations per that assessment.

5. **The Pretrial Release Revocation Hearing currently scheduled for February 21, 2023, at 1:30 p.m.** in STRICKEN.

   IT IS SO ORDERED.

   DATED February 17, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2