# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 10, 2023**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Preston, Mark A. | Docket No. | 0980 2:22CR00133-TOR-16 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Mark A. Preston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of August 2023, under the following conditions:

<u>**Standard Condition #9**</u>: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 16, 2023, the conditions of pretrial supervision were reviewed with Mr. Preston. He acknowledged an understanding of his conditions, which included standard condition number 9.

<u>**Violation #1**</u>: Mark A. Preston is alleged to have violated standard condition number 9 by ingesting methamphetamine, occurring on or about October 4, 2023, based on both urinalysis testing and his admission of such use.

Specifically, on October 4, 2023, the undersigned officer received a call from the contract urinalysis testing provider who indicated that Mr. Preston had reported to their facility the previous day (October 3, 2023) and had provided a urinalysis sample that tested negative for all substances, but further identified some concerns that arose during testing, to include the client providing a very "clear" sample, and his making unusual and unnecessary movements during the testing process.

On October 4, 2023, Mr. Preston was contacted telephonically by the undersigned officer so that home contact could be scheduled with him for the purpose of collecting another random urinalysis sample. Mr. Preston denied attempting to circumvent urinalysis testing the day prior, and emphatically stated his current sobriety. Mr. Preston agreed to meet with the undersigned officer at his place of residency on the day in question. Several minutes later, Mr. Preston again contacted the undersigned officer and advised that he wanted to be honest with the undersigned officer, explaining he had used methamphetamine earlier that day, having taken "two puffs" of the substance. Mr. Preston indicated that he did so to help him complete a large work project and he did not think he would again be subject to urinalysis testing so soon.

On October 4, 2023, a scheduled home contact was conducted with Mr. Preston at his residence, but he proved unable to submit to urinalysis testing. Mr. Preston did sign a drug use admission form serving to document his use of methamphetamine occurring on October 4, 2023. On October 5, 2023, Mr. Preston reported to the U.S. Probation Office in Spokane, as directed, and did provide a urinalysis sample for testing that proved presumptive positive for both amphetamine and methamphetamine consistent with his admission.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
Re: Preston, Mark A.
October 06, 2023
Page 2

          I declare under the penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Executed on: | October 6, 2023 |
| by | s/Chris Heinen |

Chris Heinen
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

10/10/23
Date